UNITED STATES of America,
Plaintiff–Appellee,

v.

Tommy ALEXANDER, Sr.,
Defendant–Appellant.

No. 09–20056
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 2009.

Before DAVIS, SMITH, and OWEN,
Circuit Judges.

PER CURIAM: *

Tommy Alexander, Sr., federal prisoner # 07193–035, appeals the denial of his motion under FED.R.CRIM.P. 32 to correct the Presentence Report ("PSR"). Complaints regarding the contents of a PSR must be raised before imposition of sentence; therefore, the district court did not have jurisdiction to consider Alexander's post-sentence motion. *See United States v. Engs,* 884 F.2d 894, 895–97 (5th Cir.1989). The judgment is AFFIRMED on that alternative basis. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994).

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Tommy Alexander, Sr., Lewisburg, PA, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.